

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2015

No. 04-14-00756-CR

**THE STATE OF TEXAS,**
Appellant

v.

Courven Terrel **THOMAS,**
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-14-0533
Honorable Frank Follis, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due April 20, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court